UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MEGAN MANNOR,

        Plaintiff,

v.

AMERILODGE GROUP, LLC,

        Defendant.
_____/

Case No. 2:21-cv-11378

HONORABLE STEPHEN J. MURPHY, III

MEGAN MANNOR,

        Plaintiff,

v.

AMERILODGE GROUP, LLC,

        Defendant.
_____/

Case No. 2:21-cv-12626

HONORABLE STEPHEN J. MURPHY, III

### STIPULATION AND ORDER CONSOLIDATING CASES

Under Federal Rule of Civil Procedure 42(a)(2), the Court may consolidate cases that involve a common question of law or fact. The two captioned cases satisfy the criteria for consolidation, and the parties stipulated to consolidation. The Court will therefore consolidate the two cases. The Court is most appreciative of the parties' stipulation.

**WHEREFORE**, it is hereby **ORDERED** that *Mannor v. Amerilodge Group, LLC*, 21-cv-11378, and *Mannor v. Amerilodge Group, LLC*, 21-cv-12626 are **CONSOLIDATED**.

1

**IT IS FURTHER ORDERED** that the parties' stipulation is **ADOPTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court must **CLOSE** *Mannor v. Amerilodge Group, LLC*, 21-cv-12626.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: January 19, 2022

## **STIPULATION**

NOW COMES Plaintiff MEGAN MANNOR, by and through her counsel, and Defendant AMERILODGE GROUP, LLC, by and through its counsel, and hereby stipulate to the following:

1. The parties stipulate that Cases No. 21-11378 and 21-12626 can be consolidated for the purpose of this Court adjudicating the question of whether it has jurisdiction over Plaintiff's claims, which has been put before the Court by Plaintiff's Motion to Strike Affirmative Defenses (Dkt. No. 13 in Case No. 21-11378) and Defendant's Motion to Compel (Dkt. No. 14 in Case No. 21-11378). The Motions will be decided on the previously submitted briefing and the Courts decision shall be applicable in both cases.

2. The parties reserve the right to stipulate to later severing the cases if the Court retains jurisdiction over both matters.

3. Plaintiff will file an Amended Complaint consolidating the cases within 14 days of this Order.

4. Defendant shall not be required to file a responsive pleading to the Amended Complaint until after this Court has adjudicated Plaintiff's Motion to Strike Affirmative Defenses (Dkt. No. 13 in Case No. 21-11378) and Defendant's Motion to Compel (Dkt. No. 14 in Case No. 21-11378).

**APPROVED AS TO FORM AND CONTENT:**

| | |
|---|---|
| */s/ Noah S Hurwitz* | */s/ Allan S. Rubin* |
| Noah S. Hurwitz (P74063) | Allan S. Rubin (P44420) |